UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.S. | CRIMINAL ACTION NUMBER: 3:10CR-55-JGH |
| BRETT HOWARD | DEFENDANT |

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY IN FELONY CASE

This matter has been referred to Magistrate Judge James D. Moyer by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The Defendant, by consent and with Patrick J. Bouldin, Assistant Federal Defender, appeared before me on November 29, 2010, and entered pleas of guilty as to Counts 1 and Counts 20 through 38 of the Indictment pursuant to an 11(c)(1)(A) and (B) plea agreement. The proceedings were reported by Alan Wernecke, Official Court Reporter. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were knowledgeable and voluntary as to Counts 1 and Counts 20 through 38 of the Indictment, and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses. I therefore recommend that the pleas of guilty be accepted, and that the Defendant be adjudged guilty and have a sentence imposed accordingly. The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to F.R.C.P. 72(b), or waive the opportunity to do so.

**IT IS FURTHER ORDERED** that the defendant shall remain under the terms and conditions of his present bond pending his appearance at sentencing before John G. Heyburn II.

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

0 | 30