UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                          PLAINTIFF

VS.                              CRIMINAL ACTION NUMBER:   3:10CR-55-JGH

BRETT HOWARD                                                      DEFENDANT

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge James D. Moyer, the pleas of guilty by the Defendant to Counts 1 and Counts 20 through 38 of the Indictment are hereby accepted, and the Defendant is adjudged guilty of such offenses.

Sentencing is hereby scheduled for **MARCH 21, 2011 at 10:00 a.m.** United States Courthouse, Louisville, Kentucky.

**IT IS SO ORDERED THIS _____ DAY OF _____, 2010.**

Copies to:
United States Attorney
United States Marshal
Chief U.S. Probation Officer
Counsel for Defendant